1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

10

DANIEL J. SOGN,

NO. 2:17-CV-0432 RSL

11

Plaintiff,

12

v.

DEFENDANT ALASKA USA FEDERAL
CREDIT UNION'S ANSWER AND
AFFIRMATIVE DEFENSES

13

ALASKA USA FEDERAL CREDIT UNION
and CAREFUL ASSET RECOVERY

14

SERVICE, INCORPORATED,

15

Defendants.

16

17

Defendant Alaska USA Federal Credit Union ("Alaska USA") answers Plaintiff's Complaint

18

for (1) violations of the fair debt collection practices act, (2) violations of the uniform commercial

19

code, (3) violations of the Washington consumer protection act, (4) breach of contract as follows:

20

1.     Defendant Alaska USA admits, on or about July 23, 2013, Defendant Alaska USA

21

and Plaintiff entered into a loan agreement for the purchase of a vehicle.  Defendant Alaska USA

22

admits, at that time, Defendant Alaska USA took a security interest in said vehicle.  Defendant Alaska

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248▪Fax: 206-623-9050

1  USA further admits Plaintiff fell behind on his loan payments.  Except as specifically admitted,

2  Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or

3  falsity of the allegations, and therefore denies the same.

4        2.        In answer to paragraph 2 to Plaintiff's Complaint, Defendant Alaska USA specifically

5  denies that it hired Careful Asset Recovery Service, Inc. to repossess Plaintiff's vehicle.  In response

6  to the remaining allegations, Defendant Alaska USA lacks knowledge or information sufficient to

7  form belief as to the truth or falsity of the allegations, and therefore, denies the same.

8        3.        In answer to paragraph 3 to Plaintiff's Complaint, Defendant Alaska USA lacks

9  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

10  therefore, denies the dame.

11        4.        In answer to paragraph 4 to Plaintiff's Complaint, Defendant Alaska USA lacks

12  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

13  therefore, denies the same.

14        5.        In answer to paragraph 5 to Plaintiff's Complaint, Defendant Alaska USA lacks

15  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

16  therefore, denies the same.

17        6.        In answer to paragraph 6 to Plaintiff's Complaint, Defendant Alaska USA lacks

18  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

19  therefore, denies the same.

20        7.        In answer to paragraph 7 to Plaintiff's Complaint, Defendant Alaska USA lacks

21  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

22  therefore, denies the same.

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 2

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

8.      In answer to paragraph 8 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

9.      In answer to paragraph 9 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

10.     In answer to paragraph 10 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

11.     In answer to paragraph 11 of Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

12.     In answer to paragraph 12 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

13.     In answer to paragraph 13 to Plaintiff's Complaint, Defendant Alaska USA admits it is a federal credit union with its headquarters in Anchorage, Alaska and does business in King County, Washington.

14.     In answer to paragraph 14 to Plaintiff's Complaint, Defendant Alaska USA denies each and every allegation.

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 3

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1    15.    In answer to paragraph 15 to Plaintiff's Complaint, Defendant Alaska USA restates

2    its answers to all preceding paragraphs and incorporates them by reference as though fully set forth

3    herein.

4    16.    In answer to paragraph 16 to Plaintiff's Complaint, Defendant Alaska USA lacks

5    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

6    therefore, denies the same.

7    17.    In answer to paragraph 17 to Plaintiff's Complaint, Defendant Alaska USA lacks

8    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

9    therefore, denies the same.

10    18.    In answer to paragraph 18 to Plaintiff's Complaint, Defendant Alaska USA lacks

11    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

12    therefore, denies the same.

13    19.    In answer to paragraph 19 to Plaintiff's Complaint, Defendant Alaska USA lacks

14    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

15    therefore, denies the same.

16    20.    In answer to paragraph 20 to Plaintiff's Complaint, Defendant Alaska USA lacks

17    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

18    therefore, denies the same.

19    21.    In answer to paragraph 21 to Plaintiff's Complaint, Defendant Alaska USA lacks

20    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

21    therefore, denies the same.

22

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 4

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1    22.    In answer to paragraph 22 to Plaintiff's Complaint, Defendant Alaska USA restates

2    its answers to all preceding paragraphs and incorporates them by reference as though fully set forth

3    herein.

4    23.    In answer to paragraph 23 to Plaintiff's Complaint, Defendant Alaska USA denies

5    that it failed to comply with RCW 62A.9A-609(b)(2).

6    24.    In answer to paragraph 24 to Plaintiff's Complaint, Defendant Alaska USA lacks

7    knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

8    therefore denies the same.

9    25.    In answer to paragraph 25 to Plaintiff's Complaint, Defendant Alaska USA lacks

10   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

11   therefore denies the same.

12   26.    In answer to paragraph 26 to Plaintiff's Complaint, Defendant Alaska USA lacks

13   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

14   therefore denies the same.

15   27.    In answer to paragraph 27 to Plaintiff's Complaint, Defendant Alaska USA restates

16   its answers to all preceding paragraphs and incorporates them by reference as though fully set forth

17   herein.

18   28.    In answer to paragraph 28 to Plaintiff's Complaint, Defendant Alaska USA asserts

19   that the allegations set forth are legal conclusions, and therefore, no response is required. To the extent

20   Defendant must respond, it denies each and every allegation contained therein.

21

22

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 5

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248▪Fax: 206-623-9050

29.     In answer to paragraph 29 to Plaintiff's Complaint, Defendant Alaska USA asserts that the allegations set forth are legal conclusions, and therefore, no response is required. To the extent Defendant must respond, it denies each and every allegation contained therein.

30.     In answer to paragraph 30 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

31.     In answer to paragraph 31 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

32.     In answer to paragraph 32 to Plaintiff's Complaint, Defendant Alaska USA lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore, denies the same.

33.     In answer to paragraph 33 to Plaintiff's Complaint, Defendant Alaska USA restates its answers to all preceding paragraphs and incorporates them by reference as though fully set forth herein.

34.     In answer to paragraph 34 to Plaintiff's Complaint, Defendant Alaska USA admits that the sentence, "[y]ou agree that the credit union can take possession of the collateral without judicial process and without giving you advance notice provided it can do so without a breach of the peace," appears in the written contract between Defendant Alaska USA and Plaintiff.  Except as specifically admitted, each and every allegation in paragraph 34 is denied.

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 6

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248▪Fax: 206-623-9050

1  35.    In answer to paragraph 35 to Plaintiff's Complaint, Defendant Alaska USA lacks

2  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

3  therefore denies the same.

4  36.    In answer to paragraph 36 to Plaintiff's Complaint, Defendant Alaska USA lacks

5  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and

6  therefore denies the same.

7  37.    In answer to paragraph 37 to Plaintiff's Complaint, Defendant Alaska USA denies

8  Plaintiff is entitled to recovery attorneys' fees and costs pursuant to the terms of the loan contract.

9  Except as specifically denied, Defendant Alaska USA lacks knowledge or information sufficient to

10  form a belief as to the truth or falsity of the allegations, and therefore denies the same.

11  With respect to Plaintiff's Prayer for Relief, no response from Defendant Alaska USA is

12  required. To the extent a response is required, Defendant Alaska USA denies that Plaintiff is entitled

13  to any relief from Defendant Alaska USA.

14  **AFFIRMATIVE DEFENSES**

15  WHEREFORE, having answered Plaintiff's Complaint, Defendant Alaska USA hereby states

16  and alleges the following affirmative defenses:

17  38.    Plaintiff's claims against Defendant Alaska USA are barred to the extent they fail to

18  state a claim upon which relief may be granted.

19  39.    Plaintiff's claims fail because Plaintiff has named the wrong party with respect to the

20  actions alleged.

21  40.    Defendant Alaska USA has not violated RCW 62A.9A-609(b)(2), as it did not breach

22  the peace.

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 7

A n d r e w s ▪ S k i n n e r , P. S .
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1    41.    The alleged injuries to Plaintiff were not caused by any acts or omissions by

2 Defendant Alaska USA.

3    42.    The alleged injuries to Plaintiff were caused by the acts of other Defendants and/or

4 third parties, other than Defendant Alaska USA.

5    43.    Plaintiff's claims against Defendant Alaska USA are barred by the equitable doctrines

6 of estoppel, laches, waiver, and unclean hands.

7    44.    Plaintiff's causes of action, if any, are not actionable against Defendant Alaska USA

8 because the circumstances pleaded by Plaintiff are the result of unforeseen and unforeseeable acts of

9 third parties over whom Defendant Alaska USA has or had no control.

10    45.    Any set of circumstances creating a claim or cause of action, as alleged by Plaintiff or

11 otherwise, was effectively or legally caused or created by Plaintiff's own acts or omissions.

12    46.    Plaintiff has failed to mitigate his damages.

13    47.    Defendant Alaska USA adopts and incorporates by reference any affirmative defenses

14 asserted by any other Defendant in this action to the extent that the same applies to Defendant Alaska

15 USA.

16    48.    Defendant Alaska USA reserves the right to assert additional affirmative defenses as

17 discovery in this litigation proceeds.

18    WHEREFORE, having fully answered Plaintiff's Complaint and having asserted affirmative

19 defenses, Defendant Alaska USA prays for the following relief:

20    1.    Plaintiff's Complaint be dismissed and he takes nothing thereby;

21    2.    Recovery of all allowable attorneys' fees and costs under the applicable court rules,

22 state statute including RCW 4.28.185; and

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 8

A n d r e w s ▪ S k i n n e r ,  P . S .
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1    3.    Such other and further relief as the court deems just and equitable.

2    DATED this 30th day of May, 2017.

3                    ANDREWS ▪ SKINNER, P.S.

4

5    By _s/ Karleen J. Scharer_
     KARLEEN SCHARER, WSBA #48101
     645 Elliott Ave. W., Suite 350, Seattle, WA  98119
6    206-223-9248 | Fax: 206-623-9050
     *Email: Karleen.scharer@andrews-skinner.com*
7    Attorney for Defendant Alaska USA Federal Credit
     Union

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 9

A n d r e w s ▪ S k i n n e r ,  P . S .
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on May 30, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

4

5                          ANDREWS ▪ SKINNER, P.S.

6

7      By *s/ Karleen J. Scharer*
         KARLEEN SCHARER, WSBA #48101
         645 Elliott Ave. W., Suite 350, Seattle, WA  98119
8        206-223-9248 | Fax: 206-623-9050
         *Email: Karleen.scharer@andrews-skinner.com*
9        Attorney for Defendant Alaska USA Federal Credit
         Union

10

11

12

13

14

15

16

17

18

19

20

21

22

DEFENDANT ALASKA USA FEDERAL CREDIT
UNION'S ANSWER AND AFFIRMATIVE
DEFENSES [2:16-CV-0432 RSL] - 10

A n d r e w s ▪ S k i n n e r ,  P. S .
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*