1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

9

10

DANIEL J. SOGN,

11

Plaintiff,

12

v.

13

ALASKA USA FEDERAL CREDIT UNION
and CAREFUL ASSET RECOVERY

14

SERVICE, INCORPORATED,

15

Defendants.

16

NO. 2:17-CV-0432

DEFENDANT CAREFUL ASSET
RECOVERY SERVICE,
INCORPORATED'S ANSWER AND
AFFIRMATIVE DEFENSES

17

     Defendant Careful Asset Recovery Service, Incorporated ("CARS") answers Plaintiff's

18

Complaint for (1) violations of the fair debt collection practices act, (2) violations of the uniform

19

commercial code, (3) violations of the Washington consumer protection act, (4) breach of contract as

20

follows:

21

22

A n d r e w s ▪ S k i n n e r ,  P . S .
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1.      In answer to paragraph 1 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

2.      In answer to paragraph 2 to Plaintiff's Complaint, Defendant CARS denies each and every allegation.

3.      In answer to paragraph 3 to Plaintiff's Complaint, Defendant CARS specifically denies sending any individuals to Plaintiff's residence. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 3, and therefore, denies the same.

4.      In answer to paragraph 4 to Plaintiff's Complaint, Defendant CARS denies the presence of any employees, agents, or individuals acting on its behalf at plaintiff's residence. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 4, and therefore denies the same.

5.      In answer to paragraph 5 to Plaintiff's Complaint, Defendant CARS denies the presence of any employees, agents, or individuals acting on its behalf at plaintiff's residence. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 5, and therefore denies the same.

6.      In answer to paragraph 6 to Plaintiff's Complaint, Defendant CARS denies the presence of any employees, agents, or individuals acting on its behalf at plaintiff's residence. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 6, and therefore denies the same.

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 2

A n d r e w s • S k i n n e r ,  P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

7.      In answer to paragraph 7 to Plaintiff's Complaint, Defendant CARS denies the presence of any employees, agents, or individuals acting on its behalf at plaintiff's residence. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 7, and therefore denies the same.

8.      In answer to paragraph 8 to Plaintiff's Complaint, Defendant CARS denies taking possession and/or possessing plaintiff's vehicle. Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in paragraph 8, and therefore denies the same.

9.      In answer to paragraph 9 to Plaintiff's Complaint, Defendant CARS lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

10.     In answer to paragraph 10 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

11.     In answer to paragraph 11 of Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

12.     In answer to paragraph 12 to Plaintiff's Complaint, Defendant CARS denies.

13.     In answer to paragraph 13 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 3

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

1    14.    In answer to paragraph 14 to Plaintiff's Complaint, Defendant CARS denies each and

2    every allegation.

3    15.    In answer to paragraph 15 to Plaintiff's Complaint, Defendant restates its answers to

4    all preceding paragraphs and incorporate them by reference as fully set forth herein.

5    16.    In answer to paragraph 16 to Plaintiff's Complaint, Defendant CARS lacks

6    knowledge or information sufficient to form a belief as to the truth or falsity of the Plaintiff's status

7    as a "'consumer' who allegedly owed a 'debt'" pursuant to the definition provided by 15 U.S.C. §

8    1692a, and therefore denies the same. Defendant CARS denies that it is a debt collector as defined

9    by 15 U.S.C. § 1692a. All other allegations set forth in paragraph 16 are denied.

10   17.    In answer to paragraph 17 to Plaintiff's Complaint, Defendant CARS denies each

11   and every allegation asserted against it.

12   18.    In answer to paragraph 18 to Plaintiff's Complaint, Defendant CARS denies each

13   and every allegation asserted against it.

14   19.    In answer to paragraph 19 to Plaintiff's Complaint, Defendant CARS denies each

15   and every allegation asserted against it.

16   20.    In answer to paragraph 20 to Plaintiff's Complaint, Defendant CARS denies each

17   and every allegation asserted against it.

18   21.    In answer to paragraph 21 to Plaintiff's Complaint, Defendant CARS denies each

19   and every allegation asserted against it.

20   22.    In answer to paragraph 22 to Plaintiff's Complaint, Defendant CARS restates its

21   answers to all preceding paragraphs and incorporate them by reference as fully set forth herein.

22

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 4

A n d r e w s ▪ S k i n n e r ,  P.S.
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*

23.     In answer to paragraph 23 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

24.     In answer to paragraph 24 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

25.     In answer to paragraph 25 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

26.     In answer to paragraph 26 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

27.     In answer to paragraph 27 to Plaintiff's Complaint, Defendant CARS restates its answers to all preceding paragraphs and incorporate them by reference as fully set forth herein.

28.     In answer to paragraph 28 to Plaintiff's Complaint, Defendant CARS denies each allegation asserted against it. With respect to allegations regarding other defendants, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

29.     In answer to paragraph 29 to Plaintiff's Complaint, Defendant CARS denies each allegation asserted against it. With respect to allegations regarding other defendants, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

A n d r e w s ▪ S k i n n e r ,  P. S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

30.     In answer to paragraph 30 to Plaintiff's Complaint, Defendant CARS denies each allegation asserted against it. With respect to allegations regarding other defendants, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

31.     In answer to paragraph 31 to Plaintiff's Complaint, Defendant CARS denies each allegation asserted against it. With respect to allegations regarding other defendants, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

32.     In answer to paragraph 32 to Plaintiff's Complaint, Defendant CARS denies each allegation asserted against it. With respect to allegations regarding other defendants, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

33.     In answer to paragraph 33 to Plaintiff's Complaint, Defendant CARS restates its answers to all preceding paragraphs and incorporate them by reference as fully set forth herein.

34.     In answer to paragraph 34 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

35.     In answer to paragraph 35 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 6

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

36.     In answer to paragraph 36 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

37.     In answer to paragraph 37 to Plaintiff's Complaint, Defendant CARS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations, and therefore denies the same.

With respect to Plaintiff's Prayer for Relief, no response from Defendant CARS is required. To the extent a response is required, Defendant CARS denies that Plaintiff is entitled to any relief from Defendant CARS.

## AFFIRMATIVE DEFENSES

WHEREFORE, having answered Plaintiff's Complaint, CARS hereby states and alleges the following affirmative defenses:

38.     Plaintiff's claims against CARS are barred to the extent they fail to state a claim upon which relief may be granted.

39.     Plaintiff's claims fail because Plaintiff has named the wrong party with respect to the actions alleged.

40.     Defendant CARS is an inactive Washington Corporation, and has been since July 1, 2014.

41.     Defendant CARS is not a debt collector as defined by 15 U.S.C. §1692a.

42.     Defendant CARS is not a collection agency as defined by RCW 19.16, et. seq.

43.     Defendant CARS has not violated any provision of RCW 19.86, et. seq.

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 7

A n d r e w s ▪ S k i n n e r ,   P. S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

44.     The alleged injuries to Plaintiff were not caused by any acts or omissions by Defendant CARS.

45.     The alleged injuries to Plaintiff were caused by the acts of other Defendants and/or third parties, other than Defendant CARS.

46.     Plaintiff's claims against CARS are barred by the equitable doctrines of estoppel, laches, waiver, and unclean hands.

47.     Plaintiff's causes of action, if any, are not actionable against Defendant CARS because the circumstances pleaded by Plaintiff are the result of unforeseen and unforeseeable acts of third parties over whom Defendant CARS has or had no control.

48.     Any set of circumstances creating a claim or cause of action, as alleged by Plaintiff or otherwise, was effectively or legally caused or created by Plaintiff's own acts or omissions.

49.     Plaintiff has failed to mitigate his damages.

50.     Defendant CARS adopts and incorporates by reference any affirmative defenses asserted by any other Defendant in this action to the extent that the same applies to Defendant CARS.

51.     Defendant CARS reserves the right to assert additional affirmative defenses as discovery in this litigation proceeds.

WHEREFORE, having fully answered Plaintiff's Complaint and having asserted affirmative defenses, Defendant CARS prays for the following relief:

1.     Plaintiff's Complaint be dismissed and he takes nothing thereby;

2.     Recovery of all allowable attorneys' fees and costs under the applicable court rules, state statute including RCW 4.84.185; and

3.     Such other and further relief as the court deems just and equitable.

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 8

A n d r e w s ▪ S k i n n e r ,   P. S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1     DATED this 5th day of June, 2017.

2                                    ANDREWS ▪ SKINNER, P.S.

3

4                            By  s/ Karleen J. Scharer
                                  STEPHEN G. SKINNER, WSBA #17317
                                  KARLEEN SCHARER, WSBA #48101
5                                 645 Elliott Ave. W., Suite 350, Seattle, WA  98119
                                  206-223-9248 | Fax: 206-623-9050
6                                 Email: stephen.skinner@andrews-skinner.com
                                  Karleen.scharer@andrews-skinner.com
7                                 Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DEFENDANT CAREFUL ASSET RECOVERY                    A n d r e w s ▪ S k i n n e r ,   P . S .
SERVICE, INC.'S ANSWER AND AFFIRMATIVE              645 Elliott Ave. W., Ste. 350
DEFENSES [2:17-CV-0432] - 9                         Seattle, WA 98119
                                                    Tel: 206-223-9248 ▪ Fax: 206-623-9050

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on June 5, 2017 I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF system which will send notification of such filing to all attorneys of
record.

4

ANDREWS ▪ SKINNER, P.S.

5

6                    By *s/ Karleen J. Scharer*
                         STEPHEN G. SKINNER, WSBA #17317
7                        KARLEEN SCHARER, WSBA #48101
                         645 Elliott Ave. W., Suite 350, Seattle, WA  98119
8                        206-223-9248 | Fax: 206-623-9050
                         *Email:* stephen.skinner@andrews-skinner.com
9                        *Karleen.scharer@andrews-skinner.com*
                         Attorney for Defendants Careful Asset Recovery
10                       Service, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

DEFENDANT CAREFUL ASSET RECOVERY
SERVICE, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES [2:17-CV-0432] - 10

A n d r e w s ▪ S k i n n e r ,   P . S .
*645 Elliott Ave. W., Ste. 350*
*Seattle, WA 98119*
*Tel: 206-223-9248 ▪ Fax: 206-623-9050*