UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – SEATTLE DIVISION

DANIEL J. SOGN,

       Plaintiff,

    vs.

ALASKA USA FEDERAL CREDIT UNION, and CAREFUL ASSET RECOVERY SERVICE, INCORPORATED,

       Defendants.

Case No:  2:17-CV-0432 MJP

**ORDER CONTINUING DISCOVERY CUTOFF**

1        The parties to this matter having so stipulated, the discovery cutoff of May

2    25, 2018 is hereby continued to June 30, 2018.

3

4    DATED this 17th day of April, 2018.

5

6

7    Marsha J. Pechman

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28