The following transactions are currently posted on this account ▓▓▓▓▓▓▓▓ :

▓▓▓▓▓▓

DANIEL J SOGN

| Process Date | Operator | Activity Code | COMMENTS: |
|---|---|---|---|
| 11/15/2013 | JONESE | 1_1RCVCALL | rcvd call from 719-235-7767 (Sogn, Erika) Daniel/mbr online, verified ssn<br><br>thru Divorce, thought had contacted AKU in rgds to L3 pmt. has been rcvd via ACH, acct current, next due 12/13/13has had last 2 pmts RTND pmt posted 11/4 290.00 rtnd "invalid acct number",pmt posted 10/28 287.83 rtnd NSF. needing 501.79 to complete Oct/Nov<br>stated rcvd notice that L3 may have NSF fee via USAA effected 11/14. advised is possible that ACH rcvd 11/13 450.00 may be RTND NSF. once ACH transactions are returned, automatically cancels future processing, will need to have resubmitted if wanting on Autopay or handle via alt methods. sd ok. stated submitted replacement funds on L2 501.79 via WEBPAY. advised should be rcvd by Monday 11/18, if wanting to review all accts in rgds to L3 can anticipate replacement if needed by Tuesday 11/19. sd ok. |
| 04/28/2015 | VALLESV | | |
| 04/28/2015 | VALLESV | 1_MAINLMTC | Call - Main Contact Number - Left Message to Call.called: 719-235-7767 |
| 05/13/2015 | KOWALD | | |
| 05/13/2015 | KOWALD | 1_MAINLMTC | Call - Main Contact Number - Left Message to Call.called: -235-7767---vm id dan ---lmtc--- |
| 05/13/2015 | KOWALD | 000COMMENT | cpi added, all pmts made no insurance on file though |
| 05/13/2015 | KOWALD | 1_EMAILSNT | E-mail sent to: mbrmail address: dansogn@yahoo.com 5/13/2015: contact request |
| 05/13/2015 | KOWALD | LTR01094 | |
| 05/13/2015 | KOWALD | LTR01094 | Consumer Loan Request to Contact Special Credits Letter ordered. |
| 05/13/2015 | KOWALD | 1_1RCVCALL | Received Call<br>-235-7767---mbr is online and verf, mbr states ret call. adv mbr that cpi added to loan and rasied pmts so mbr is showing p/d. asked if has insurance. mbr states that he does with geico. asked if has policy number. mbr states not on him at home. adv that if any lase is responsible but need dec page for geico showing 1/23/2015. mbr states will have it sent over to us as soon as possible took email and fax number for sending info. adv mbr that has made all other |

AS 000001



6/19/18 ex. 15
DATE _____
WITNESS _____
METEO COURT REPORTING
(907) 276-3876