**EXHIBIT 4 TO**

**DECLARATION OF KARLEEN J. SCHARER IN SUPPORT OF ALASKA USA FEDERAL CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT**

**(AUDIO DVD FILED WITH COURT)**