UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. SOGN, | CASE NO. C17-432-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALASKA USA FEDERAL CREDIT UNION, CAR SERVICE L.L.C., and JEREMIE KAUFMAN | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's submission titled "Objections to Evidence Submitted by Defendants on Summary Judgment" (Dkt. No. 33), which effectively seeks to strike certain exhibits submitted with Defendants' Motion for Summary Judgment. Under Local Rule 7(g), "[r]equests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall

instead be included in the responsive brief, and will be considered with the underlying motion."
LCR 7(g).

To the extent that Plaintiff wishes to have these objections considered by the Court, he must include them in his responsive brief within the applicable page limits. See LCR 7(e). Should he choose to do so, Plaintiff may re-file an amended Response no later than July 20, 2018. Thereafter, Defendants shall have until July 25, 2018 to file their Reply.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 17, 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk