UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. SOGN,<br><br>               Plaintiff,<br><br>   v.<br><br>ALASKA USA FEDERAL CREDIT UNION, et al.,<br><br>               Defendants. | CASE NO. C17-432 MJP<br><br>ORDER ON MOTION FOR LEAVE TO TAKE DEPOSITION |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Leave to Take Deposition After Discovery Cutoff (Dkt. No. 40),

2. Defendants' Joint Response in Opposition to Plaintiff's Motion for Leave to Take Deposition After Discovery Cutoff (Dkt. No. 43),

3. Plaintiff's Reply Brief on Motion for Leave to Take Deposition After Discovery Cutoff (Dkt. No. 45),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

1     IT IS ORDERED that the motion is GRANTED; Plaintiff may take the deposition of Par,

2 Inc., including any document production, after the discovery cutoff in this matter.

4     The clerk is ordered to provide copies of this order to all counsel.

5     Dated September 12, 2018.

    *[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge